IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03474-BNB

MIKEAL GLENN STINE,

    Plaintiff,

v.

DAVID BERKEBILE, Warden, and
JOHN DOE, Unknown Defendants,

    Defendants.

---

DENIAL OF PETITION

---

Plaintiff, Mikeal Glenn Stine, is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at ADX Florence. Mr. Stine, acting *pro se*, has filed the following: (1) "Petition/Request to File a Pro-Se Complaint/Pursuant to Injunction Stine v. Allred et al. 07-cv-1839-WYD-KLM"; (2) list of cases in which Defendant Berkebile was named as a party; (3) "Court History of Mikeal Glenn Stine"; (4) a "Court History/Judgments Against Mikeal Glenn Stine"; (5) Declaration; (6) copy of the magistrate's recommendation in Case No. 07-cv-01839-WYD-KLM; and (7) "Verified Emergency Petition for Writ of Mandamus."

Mr. Stine is denied leave to proceed with this action for the following reasons.

The information Mr. Stine is required to state in the Petition Pursuant to Court Order is very specific. The Petition must include a statement advising the Court if any defendant to the lawsuit was a party, or any way involved in, any prior lawsuit that Mr.

Stine has filed and, if so, in what capacity. Mr. Stine must list separately all lawsuits he has filed in any federal or state court in which he was a party, and include (1) the name and citation of the case; (2) the jurisdiction; (3) his involvement in each case; (4) the status of the case; and (5) the disposition of the case.

Mr. Stine also must list (1) all federal and state cases in which a judgment was rendered against him, and (2) all federal and state cases in which judgment was entered in his favor, if any. In each list, he is to include the citation of each case, the amount of the judgment, and if and why any judgment remains outstanding. Finally, Mr. Stine is required to file his complaint or petition on a Court-approved form.

The Court has reviewed the documents Mr. Stine has filed. He has not complied with the requirements of his filing restrictions under *Stine v. Lappin, et al.*, No. 07-cv-01839-WYD-KLM, Doc. No. 344 at 30-32 (D. Colo. Sept. 1, 2009). Mr. Stine fails to state the capacity of Defendant Berkebile in each prior suit that he was named, and he fails to submit the mandamus petition on a Court-approved form. Accordingly, it is

ORDERED that Mr. Stine's request to proceed with the proposed petition, ECF No. 1, is DENIED without prejudice.

DATED at Denver, Colorado, this  2nd  day of   January   , 2014.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court